**No. 39563.**—Protest 938969–G of General Concessions Corp. (Cleveland).

Opinion by Sullivan, J. The appraiser described the item as a miniature set of furniture sawed from a solid block of wood. It consists of two miniature stools and two miniature chairs compactly fitting together. It was found to be a species of jigsaw puzzle, requiring little or no skill to manipulate. The testimony not proving that the merchandise is chiefly used for other purposes than the amusement of children, the protest was overruled. *United States* v. *Halle* (20 C. C. P. A. 281, T. D. 46077) distinguished.

**No. 39564.**—Protest 933860–G of General Concessions Corp. (Cleveland).

Opinion by Sullivan, J. The evidence was held not sufficient to warrant disturbing the collector's action. The protest was therefore overruled.

**No. 39565.**—Protest 933855–G of General Concessions Corp. (Cleveland).

Opinion by Sullivan, J. The imitation wrist watches are attached to an imitation leather strap or bracelet. The case of the watch is composed of a white metal and there are other metal parts. It has a glass crystal and a dial ornamented in gilt with figures of the hours in black on gilt. There are four or five different materials in the article but the component of chief value is not disclosed, no proof having been offered to establish that fact. There was proof that they are worn on the wrists of children for ornamental purposes and not for use. On the record presented the claim as to the watches was overruled. Abstract 38822, *United States* v. *Bernard* (5 Ct. Cust. Appls. 202, T. D. 34328) and *United States* v. *Kraemer* (id. 294, T. D. 34474) cited. It was stipulated that the peg tricks are in chief value of wood and in part of bamboo. They were therefore held properly assessed under paragraph 409. *United States* v. *Borgfeldt* (21 C. C. P. A. 170, T. D. 46496) cited.

**No. 39566.**—Protests 935204–G, etc., of General Concessions Corp. (Cleveland).

Opinion by Sullivan, J. On the record presented the protests were overruled. See Abstract 39565.